4/27/2018

Gmail - Your receipt for payment to Schmidt Family Vineyards



**EXHIBIT 3**

## Your receipt for payment to Schmidt Family Vineyards
1 message

PayPal <service@paypal.com>
To: ▮▮▮▮▮▮▮▮▮▮▮▮

Tue, Apr 10, 2018 at 2:03 PM



You paid $36.93 USD to Schmidt Family Vineyards



Thanks for using PayPal, ▮▮▮▮▮▮

Create a PayPal account in just a few seconds so every checkout is a snap!



### Payment details
For your purchase on April 10, 2018

**Details**

2013 Pinot Gris                                                           $15.00 USD

https://mail.google.com/mail/u/0/?ui=2&ik=de396e7901&jsver=OeNArYUPo4g.en.&view=pt&search=inbox&th=162b0ba40c599f37&siml=162b0ba40c599f37

4/27/2018 Gmail - Your receipt for payment to Schmidt Family Vineyards

| | |
|---|---|
| Subtotal | $15.00 USD |
| Shipping | $21.93 USD |
| **Amount you'll pay** | **$36.93 USD** |

Paid with ▇▇▇▇▇▇

The transaction will appear on your statement as PayPal * PAYPAL ▇▇▇▇▇

Ship to
▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇
Saginaw, MI ▇▇▇▇
United States

PayPal: easy to get, easy to use

PayPal isn't just a convenient way to shop online. It's also an easy way to send money to anyone, across town or around the world.

Receipt number

0302-0522-1905-0636

Save this receipt in case you need to contact Schmidt Family Vineyards or PayPal customer service.

Invoice ID: 45-11330477
Merchant details
Schmidt Family Vineyards
schmidt@sfvineyards.com
541-846-9985

https://mail.google.com/mail/u/0/?ui=2&ik=de396e7901&jsver=OeNArYUPo4g.en.&view=pt&search=inbox&th=162b0ba40c599f37&siml=162b0ba40c599f37

**EXHIBIT 3**

Customer Details





Help Center | Resolution Center | Security Center

Please do not reply to this email. To get in touch with us, click Help & Contact, or call 1 (888) 221-1161.

Copyright © 1999-2018 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000885:1.59:5399238353d78

**EXHIBIT 3**

## Schmidt Family Vineyards

sfvineyards.com

Schmidt Family Vineyards
330 Kubli Road
Grants Pass, Oregon 97527
United States

**Customer service**
541-846-9985
schmidt@sfvineyards.com

---

Apr 10, 2018, 11:01 AM

Ship to



Saginaw, Michigan, 48603
United States

Buyer



Shipped via UPS Ground
Payment method PayPal

---

**Order #45**

| 2013 Pinot Gris  |   |          |
|------------------|---|----------|
| SKU : 13pinotgris | 1 | $15.00   |

|          |         |
|----------|---------|
| Items    | $15.00  |
| Shipping | $21.93  |
| Total    | $36.93  |

Thank you for your order!

ORDER-45

**EXHIBIT 3**