

## SCHMIDT FAMILY VINEYARDS

### Order Confirmation - #6257597
Thursday, October 22, 2020 11:48 AM

**Order Status:** Processing Order
**Order Tracking:** Pending

| Product | Quantity | Price | Total |
|---|---|---|---|
| **Purchased Items:** | | | |
| 2017 Chardonnay Reserve<br>Item No. 415840 | 1 | $30.00 | $30.00 |

**Order Total:**

| Payment Information | Billing Address | | |
|---|---|---|---|
| ▉ | Mason, MI ▉ | Subtotal: | $30.00 |
| | | Total Shipping: | $23.53 |
| | | Total Tax: | $0.00 |
| | | **Total:** | **$53.53** |

**Shipping To:** Mason, MI ▉

**Shipping Method:** UPS Ground
Est. Delivery: 5 business days

330 Kubli Road Grants Pass, OR 97527 • 541-846-9985
www.sfvineyards.com

**EXHIBIT 6**