**EXHIBIT 7**



**EXHIBIT 7**