UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF REASSIGNMENT
OF REFERRALS
_____/

DANA NESSEL,
    Plaintiff,

v.        Case No. 1:21-cv-372    Administrative Order No. 21-CA-033

VILLA AMOROSA,
    Defendant.
_____/

DANA NESSEL,
    Plaintiff,

v.        Case No. 1:21-cv-375

SCHMIDT FAMILY VINEYARDS, LLC,
    Defendant.
_____/

WHEREAS, Magistrate Judge Sally J. Berens has determined the above cases to be cognate under W.D. Mich. LCivR. 3.3.2(c)(i) to another case in this district, 1:21-cv-370, *Nessel v. Taste Wine, LLC*,

WHEREAS, all three cases are assigned to District Judge Paul L. Maloney, however, the magistrate judge assignment differs between the three cases,

WHEREAS, Magistrate Judges Phillip J. Green, Ray Kent, and Sally J. Berens have all consented to the reassignment of referrals in these matters, referrals in these cases will be reassigned to Magistrate Judge Berens.

A copy of this Administrative Order shall be filed in each case referenced herein.

**IT IS SO ORDERED**.

Dated:   May 10, 2021        /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  CHIEF UNITED STATES DISTRICT JUDGE